UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  1:21-CV-22645-KMM

**VICTOR ARIZA**,

    Plaintiff,

vs.

**CAROLINA K. INC., a Florida
for-profit corporation,**

    Defendant.

_____/

**PLAINTIFF'S NOTICE OF SETTLEMENT**

    Plaintiff VICTOR ARIZA, by and through his undersigned Counsel, hereby provides notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case.  Accordingly, the parties respectfully request that the Court provide the parties twenty (20) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file dismissal documents with prejudice.

    DATED:  October 5, 2021.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email:  rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of October, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to:

Joshua L. Spoont, Esq.
Eric M. Sodhi, Esq.
SODHI SPOONT PLLC
3050 Biscayne Boulevard, Suite 701
Miami, FL  33137
(305) 907-7573
josh@sodhispoont.com
eric@sodhispoont.com

*Counsel for Defendant*
*CAROLINA K, INC.*

    /s/ *Roderick V. Hannah*
        Roderick V. Hannah